**CONSENTIMIENTO PARA CONVERTIRSE EN PARTE DEMANDANTE EN LA PORCIÓN FLSA DE LA DEMANDA**

*Amezquita, Sr, et al. v. Dynasty Insulation, Inc.* (**CASE NO.**)

1. Yo por la presente doy mi consentimiento y acuerdo para que se persigan los reclamos en contra de los Demandados que surjan de las leyes federales de salario y horas, en la demanda referida arriba.

2. Yo entiendo y reconozco que esta demanda ha sido introducida bajo los El Acta Federal de Estándares Justos de Trabajo de 1938, con su modificación, 29 U.S.C. §§ 201, *et seq.* para asegurar las horas extras no pagadas, daños líquidados, desagravio judicial y declaratorio, honorarios de abogados, gastos, y cualquier otra compensación que surja de mi empleo con los Demandados. Yo de este modo doy mi consentimiento, acuerdo, y opto por participar y convertirme en Demandante y a estar obligado por cualquier acuerdo extrajudicial de esta acción o adjudicación por la Corte.

3. Yo la presente designo a los abogados de los Demandantes a representarme en esta demanda.

Fechado 11-11 , 2010

Por: *Francisca Amezquita*
Firma

Francisco Amezquita
Imprima su nombre

125919/595905