IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FRANCISCO AMEZGUITA, SR. and**
**FRANCISCO AMEZGUITA, JR.,**
**on behalf of themselves and others**
**similarly situated,**

       **Plaintiffs,**

                              No. 10-CV-1153 MV-CG

vs.

**DYNASTY INSULATION,**

       **Defendant.**

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

THIS MATTER, having come before the Court on Plaintiffs' unopposed Motion for Admission *Pro Hac Vice*, (Doc. 7), and the Court finding the Motion to be well taken, it is hereby **ORDERED** that Adam Luetto, may appear *pro hac vice* in the case entitled Amezguita, et. al. v. Dynasty Insulation, Case No. 10-CV-1153 MV-CG.

Plaintiffs' Motion for Admission *Pro Hac Vice*, (Doc. 7), is hereby **GRANTED**.

_____
The Honorable Carmen E. Garza
UNITED STATES MAGISTRATE JUDGE