IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FRANCISCO AMEZGUITA, SR. and
FRANCISCO AMEZGUITA, JR.,
on behalf of themselves and others
similarly situated

    Plaintiffs,

vs.                                                                                                  CV 10-1153 MV/CG

DYNASTY INSULATION, INC.

    Defendant.

## ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND TIME FOR SUPPLEMENTAL BRIEFING

**THIS MATTER** comes before the Court on Plaintiffs' *Motion to Extend Time for Supplemental Briefing*, (Doc. 29). The Court finds that there is good cause to grant the extension.

**IT IS THEREFORE ORDERED** that the applicable deadline for Plaintiffs to submit supplemental briefing is hereby extended until June 19, 2012.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE